**United States District Court**
**Western District of Oklahoma**

**JUDGMENT IN A CIVIL CASE**

BRYAN GAINES, in his individual
capacity and as Personal Representative
of the Estate of Emily Gaines, *et al.*,

      Plaintiffs,

v.                                              CIV-20-851-D

CITY OF MOORE, a municipal corporation,
*et al.*,

      Defendants.

☒    **Jury Verdict.**   This action came before the Court for a trial by jury. The issues have been tried and on April 1, 2026, the jury rendered its unanimous verdict. The jury found on Plaintiffs' negligence claim in favor of Plaintiffs and against Defendant Kyle Lloyd. The jury found on Plaintiffs' vicarious liability claim that Defendant Kyle Lloyd was acting in the scope of his employment with Defendant the City of Moore, and thus, found in favor of Plaintiffs and against Defendant the City of Moore, and awarded damages of $36,000,000.00. Because the jury found Defendant Kyle Lloyd was acting in the scope of his employment with Defendant the City of Moore, Defendant Kyle Lloyd is immune from liability on Plaintiffs' negligence claim pursuant to Okla. Stat. tit. 51, §§ 152.1(A), 153(C). The jury found on Plaintiff the Estate of Emily Gaines' 42 U.S.C. § 1983 claim in favor of Plaintiff the Estate of Emily Gaines and against Defendant Kyle Lloyd, and awarded damages of $90,000,000.00. The jury found on Plaintiff the Estate of Emily Gaines' request for punitive damages for its 42 U.S.C. § 1983 claim in favor of Plaintiff the Estate of Emily Gaines and against Defendant Kyle Lloyd, and awarded no punitive damages.

Judgment is entered in favor of Plaintiffs on their vicarious liability claim in the amount of $125,000.00 against Defendant the City of Moore pursuant to Okla. Stat tit. 51, § 154(A)(2).  Furthermore, judgment is entered in favor of Plaintiff the Estate

of Emily Gaines on its 42 U.S.C. § 1983 claim in the amount of $90,000,000.00 against Defendant Kyle Lloyd.

☐    **Decision by the Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** this 6th  day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge